IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE R. LEVY | : MISCELLANEOUS ACTION |
| | : |
| v. | : NO. 16-171 |
| | : |
| WELLS FARGO ADVISORS, LLC, et al | : |

## ORDER

AND NOW, this 18th day of October 2016, consistent with our September 28, 2016 Order (ECF Doc. No. 7), upon consideration of Plaintiff's Memorandum on timeliness of her motion (ECF Doc. No. 8), Defendants' Response (ECF Doc. No. 9), and for reasons in the accompanying Memorandum, it is **ORDERED** Petitioner's Motion to vacate (ECF Doc. No. 1) is **DISMISSED as untimely** and the Clerk of Court shall **close** this matter.

KEARNEY, J.